IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARYANNE CHAFFEE, CHERYL A. DOUGHERTY, DONNA J. MILLER and TIMOTHY J. MILLER, | Civil Action No. 1:20-cv-00308-SPB |
| Plaintiffs, | |
| v. | Judge Susan Paradise Baxter |
| RESCARE, INC., | |
| Defendant. | JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this case, with prejudice. Each party shall bear their own costs and attorneys' fees.

Respectfully submitted:

/s/ *Colleen E. Ramage*
Colleen E. Ramage
PA I.D. No. 64413
Ramage Lykos, LLC
525 William Penn Place
28th Floor
Pittsburgh, PA 15219
(412) 325-7700
cramage@ramagelykos.law

Counsel for Plaintiffs

/s/ *Catherine F. Burgett*
Catherine F. Burgett
(OH 0082700)
Frost Brown Todd, LLC
One Columbus Center
10 West Broad Street, Suite 2300
Columbus, OH 43215
(614) 464-1211
Cburgett@fbtlaw.com

Counsel for Defendants

It is so ordered.

_____
United States District Judge